■ But in any event, appellant excepted to the qualification of his Bill of Exception No. 1, and said bill must therefore be considered as though approved without qualification. See Palmer v. State, Tex.Cr.R., 226 S.W.2d 634; Ross v. State, Tex.Cr.R., 225 S.W.2d 189, and cases there cited.

■ We are in no position to sustain the court's action in overruling appellant's motion for new trial, he certifying to us that thereby "this defendant was denied a fair and impartial trial."

The judgment is therefore reversed, and the cause remanded.

Opinion approved by the Court.

## CHADD v. STATE.

### No. 24730.

Court of Criminal Appeals of Texas.

April 5, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The record in this case contains no caption showing when the term of court began and when it ended.

The court's charge to the jury states that defendant was indicted for the offense of bigamy, but the record contains no copy of the indictment.

We have no jurisdiction of the case and the appeal is accordingly dismissed.